ELLIOTT v. OREGON.

No. 1144, Misc.   Decided June 5, 1967.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Oregon for further consideration in light of *Anders* v. *California,* 386 U. S. 738.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.

CLARK v. ALABAMA.

No. 1579, Misc.   Decided June 5, 1967.

Petitioner *pro se.*

*MacDonald Gallion,* Attorney General of Alabama, *John G. Bookout,* Chief Assistant Attorney General, and *Robert F. Miller,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ. of certiorari, certiorari is denied.